STATE OF NEW JERSEY v. ARLETTE COLINDRES.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF T.J.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL SYLVESTER.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR MCCRARY.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SHERMAN ROGERS.

June 27, 1989.

Petition for certification denied.